**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000491
01-JUN-2020
07:45 AM

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---o0o---

STATE OF HAWAIʻI, Plaintiff-Appellant, v.
TIANA F.M. SAGAPOLUTELE-SILVA, Defendant-Appellee

CAAP-19-0000491

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(HONOLULU DIVISION)
(CASE NO. 1DTA-18-01227)

JUNE 1, 2020

LEONARD, PRESIDING JUDGE, CHAN AND WADSWORTH, JJ.

ORDER OF CORRECTION
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court,
filed on April 8, 2020, is hereby corrected at page 15, line 5
from bottom, to reflect the correct case citation so that the
sentence now reads as follows:

> 603-04 (1990), the United States Supreme Court
> rejected the

The clerk of the court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, June 1, 2020.

/s/ Katherine G. Leonard
Associate Judge